UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*



UNITED STATES OF AMERICA, )
                                      ) 2:00-CR-321-LDG-PAL
     Plaintiff, )
                                      )
vs. )
                                      )
KATHY HERNANDEZ )
     Defendant. )

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#12) on February 5, 2001. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

    Name of Payee: BANK OF AMERICA
    Amount of Restitution: $59,677.00

    **Total Amount of Restitution ordered:** $59,677.00

Dated this \_\_\_\_9\_\_\_\_ day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE